# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 2:09-CR-43 |
| | ) |
| STANTON LANDRY CEPHUS, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on the Petition Seeking to Correct an Unjust Judgment Pursuant to Federal Rules of Civil Procedure 60(b)(6), filed by the defendant, Stanton Landry Cephus, on February 22, 2016. (DE #650.) The Court **ORDERS** the Government to file a response to this motion by March 31, 2016. Defendant Cephus shall have until April 15, 2016, to file a reply if he so desires.

**DATED:   February 26, 2016**          /s/ RUDY LOZANO, Judge
                                        **United States District Court**